BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>           Plaintiff,                          )<br>                                                        )<br>      v.                                           )<br>                                                        )<br> GRADY WALKER,                         )<br>                                                        )<br>          Defendant.                        )<br>                                                        )<br>_____) | No. CR-10-00017 PJH<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 24, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   April 28, 2010<br>Time:   10:00 a.m.<br>Court:  Hon. Donna Ryu |

The above-captioned matter is set on April 28, 2010 before this Court for a status hearing. The parties request that this Court continue the hearing to May 24, 2010 at 10:00 a.m. before Magistrate Judge Laurel Beeler and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and May 24, 2010.

This is a case involving allegations of crack sales to a confidential informant. The government has provided three batches of discovery in this matter thus far. The defense has been engaged in review of that discovery, including discovery turned over earlier this month.

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 24, 2010 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

1  The defense has requested copies of the three search warrant affidavits submitted in this case,
2  and the government is now arranging for copies of those documents to be provided to the
3  defense. The defense needs additional time to review the discovery, to perform legal research,
4  and to meet with the defendant. The parties agree the ends of justice served by granting the
5  continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore,
6  
7  the parties further stipulate and request that the Court exclude time between April 28, 2010, 2010
8  and May 24, 2010 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
9  3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

11 DATED: April 26, 2010

14   /s/ Wade Rhne                                         /s/ Ned Smock
     WADE RHYNE                                           NED SMOCK
15   Assistant United States Attorney                     Counsel for Grady Walker
     Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 24, 2010 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRADY WALKER, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | No. CR-10-00017 PJH <br><br> ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 24, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date:   April 28, 2010 <br> Time:   10:00 a.m. <br> Court:  Hon. Donna Ryu |

The parties jointly requested that the hearing in this matter be continued from April 28, 2010 to May 24, 2010, and that time be excluded under the Speedy Trial Act between April 28, 2010 and May 24, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The government has produced discovery and additional discovery is forthcoming.  The defense needs additional time to review discovery, perform legal research, and discuss the case with the defendant.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to May 24, 2010 at 10:00 a.m. before Magistrate Judge Laurel Beeler, and that time between April 28, 2010 and May 24, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED: 4/26/2010

_____
HON. DONNA RYU
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 24, 2010 AND TO EXCLUDE TIME
No. CR-10-0017 PJH