1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WADE M. RHYNE  (CABN 216799)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3680
7  Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,         )   No. CR-10-00017 PJH
                                      )
15         Plaintiff,                 )
                                      )   [PROPOSED] ORDER TO EXCLUDE
16     v.                             )   TIME UNDER THE SPEEDY TRIAL ACT
                                      )   FROM MAY 24, 2010 TO JUNE 16, 2010
17  GRADY LAMAR WALKER,               )
          a/k/a "Lamar Walker,"       )   Date:   June 16, 2010
18        a/k/a "Grady Walker,"       )   Time:   10:00 a.m.
          a/k/a "G,"                  )   Court:  Hon. Laurel Beeler
19                                    )
           Defendant.                 )
20                                    )
                                      )
21

22         The defendant, Grady Lamar Walker, represented by Assistant Federal Public Defender

23  Ned Smock, and the government, represented by Wade M. Rhyne, Assistant United States

24  Attorney, appeared before United States Magistrate Judge Laurel Beeler on May 24, 2010, for an

25  initial appearance and arraignment on a superseding indictment in the above-entitled matter. The

26  parties represented that counsel for the defendant had received discovery, that counsel for

27  defendant was currently reviewing that discovery, and that counsel for defendant was preparing

28  to make a reciprocal production of discovery to the United States. The parties agreed that

[PROPOSED] ORDER
No. CR-10-00017 PJH

counsel for the defendant would need additional time to review discovery and to confer the defendant and the United States would need additional time to review the discovery to be produced by the defendant. On that basis, the parties requested that the matter be continued to June 16 2010 before United States Magistrate Judge Laurel Beeler. The parties jointly requested that time be excluded under the Speedy Trial Act between May 24, 2010 and June16, 2010.

      Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 24, 2010 and June 16, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 24, 2010 and June 16, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, IT IS HEREBY ORDERED that the time between May 24, 2010 and June 16, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 27, 2010

_____
LAUREL BEELER
United States Magistrate Judge

[~~PROPOSED~~] ORDER
No. CR-10-00017 PJH        -2-