UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GRADY LAMAR WALKER,<br>    a/k/a "Lamar Walker,"<br>    a/k/a "Grady Walker,"<br>    a/k/a "G,"<br><br>    Defendant. | No. CR-10-00017 PJH<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>Date:    June 16, 2010<br>Time:   10:00 a.m.<br>Court:  Hon. Donna M. Ryu |

    The defendant, Grady Lamar Walker, represented by Assistant Federal Public Defender Ned Smock, and the government, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on June 16, 2010 for a status conference in the above-entitled matter.  Counsel for the defendant stated that he had received discovery and was currently reviewing it and conducting an investigation.  Counsel for defendant also stated that he was in the process of producing reciprocal discovery to the government.  The parties agreed that both sides would need additional time to review discovery and to prepare the case for disposition.

[~~PROPOSED~~] ORDER RE: TIME EXCLUSION
CR-10-00017 PJH                              1

1   On that basis, the parties requested that the matter be continued to July 12, 2010 before United States Magistrate Judge Donna M. Ryu for status or change of plea. The parties jointly requested that time be excluded under the Speedy Trial Act between June 16, 2010 and July 12, 2010.

   Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 16, 2010 and July 12, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 16, 2010 and July 12, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, IT IS HEREBY ORDERED that the time between June 16, 2010 and July 12, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _June 22, 2010_____    _____
                                HON. DONNA M. RYU
                                United States Magistrate Judge

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00017 PJH                          2