JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00017 PJH |
| ) Plaintiff, ) | |
| ) v. ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ) GRADY LAMAR WALKER, )   a/k/a "Lamar Walker," )   a/k/a "Grady Walker," )   a/k/a "G," ) ) Defendant. ) ) | Date: July 12, 2010 Time: 10:00 a.m. Court: Hon. Laurel Beeler |

The Defendant, Grady Lamar Walker, represented by Assistant Federal Public Defender Joyce Leavitt for Assistant Federal Public Defender Jerome Matthews, and the government, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Judge Laurel Beeler on July 12, 2010 for a status conference in the above-entitled matter. Counsel for the government represented that discovery and a plea agreement had been

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00017 PJH             1

produced to defendant and that the parties were continuing to work towards a negotiated disposition. Counsel for the defendant stated that the defense was continuing to review discovery and that Mr. Matthews needed additional time to do so. More specifically, the defense requested additional time because Mr. Matthews was currently out of the office and because he was recently assigned to the case.

On that basis, the parties requested that the matter be continued to July 30, 2010 at 10:00 a.m. before Magistrate Judge Donna M. Ryu. The parties jointly requested that time be excluded under the Speedy Trial Act between July 12, 2010 and July 30, 2010.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 12, 2010 and July 30, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 12, 2010 and July 30, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, IT IS HEREBY ORDERED that the time between July 12, 2010 and July 30, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: July 15, 2010

_____
LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00017 PJH                    2