JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3680
  Fax: (510) 637-3724)
  E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00017 PJH |
|     Plaintiff, | |
| v. | ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM JULY 30, 2010 TO AUGUST 12, 2010 |
| GRADY LAMAR WALKER,<br>    a/k/a "Lamar Walker,"<br>    a/k/a "Grady Walker,"<br>    a/k/a "G," | Date:    August 12, 2010<br>Time:    10:00 a.m.<br>Court:   Hon. Donna M. Ryu |
|     Defendant. | |

      The defendant, Grady Lamar Walker, represented by Assistant Federal Public Defender Jerome Matthews, and the government, represented by Maureen Bessette, Assistant United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on July 30, 2010, for a status hearing in the above-entitled matter.  The parties represented that counsel for the defendant had received discovery, that counsel for defendant was currently reviewing that discovery, and that the parties required additional time to look into potential changes in the law that may affect the Defendant's sentencing guidelines.  The parties agreed that counsel for the

ORDER
No. CR-10-00017 PJH

defendant would need additional time to review discovery and to confer the defendant and that both parties would need more time to prepare the case for disposition. On that basis, the parties requested that the matter be continued to August 12, 2010 before United States Magistrate Judge Donna M. Ryu. The parties jointly requested that time be excluded under the Speedy Trial Act between July 30, 2010 and August 12, 2010.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 30, 2010 and August 12, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 30, 2010 and August 12, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, IT IS HEREBY ORDERED that the time between July 30, 2010 and August 12, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 8/5/2010

_____
HON. DONNA M. RYU
United States Magistrate Judge

ORDER
No. CR-10-00017 PJH                    -2-