JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00017 PJH |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER TO EXCLUDE |
| v. ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ) | FROM AUGUST 12, 2010 TO |
| GRADY LAMAR WALKER, ) | SEPTEMBER 3, 2010 |
| a/k/a "Lamar Walker," ) | |
| a/k/a "Grady Walker," ) | Date:       August 12, 2010 |
| a/k/a "G," ) | Time:       10:00 a.m. |
| ) | Court:      Hon. Donna M. Ryu |
| Defendant. ) | |
| ) | |

The defendant, Grady Lamar Walker, represented by Assistant Federal Public Defender

Jerome Matthews, and the government, represented by Wade M. Rhyne, Assistant United States

Attorney, appeared before United States Magistrate Judge Donna M. Ryu on August 12, 2010,

for a status hearing in the above-entitled matter.  Defense counsel represented that he had

received discovery, that he was currently reviewing that discovery and investigating the

Defendant's criminal history.  The parties agreed that counsel for the Defendant would need

additional time to review discovery and to confer the Defendant and that both parties would need

[PROPOSED] ORDER
No. CR-10-00017 PJH

1    more time to prepare the case for disposition. The parties further agreed that the case was likely

2    to resolve pursuant to a negotiated disposition. On that basis, the parties requested that the

3    matter be continued to September 3, 2010 before United States Magistrate Judge Laurel Beeler.

4    The parties jointly requested that time be excluded under the Speedy Trial Act between August

5    12, 2010 and September 3, 2010.

6         Based upon the representation of counsel and for good cause shown, the Court finds that

7    failing to exclude the time between August 12, 2010 and September 3, 2010 would unreasonably

8    deny the defendant continuity of counsel and would deny counsel the reasonable time necessary

9    for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

10   3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time

11   between August 12, 2010 and September 3, 2010 from computation under the Speedy Trial Act

12   outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

13   3161(h)(7)(A). Therefore, IT IS HEREBY ORDERED that the time between August 12, 2010

14   and September 3, 2010 shall be excluded from computation under the Speedy Trial Act. 18

15   U.S.C. § 3161(h)(7)(A) and (B)(iv).

16

17   DATED: ___8/21/2010_____

18                                        _____
                                          HON. DONNA M. RYU
                                          United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
No. CR-10-00017 PJH                      -2-