1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: wade.rhyne@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,            )   No. CR-10-00017 PJH
14                                      )
         Plaintiff,                     )
15                                      )   [PROPOSED] ORDER TO EXCLUDE
         v.                             )   TIME UNDER THE SPEEDY TRIAL ACT
16                                      )   FROM SEPTEMBER 3, 2010 TO
   GRADY LAMAR WALKER,                  )   SEPTEMBER 17, 2010
17       a/k/a "Lamar Walker,"          )
         a/k/a "Grady Walker,"          )   Date:   September 3, 2010
18       a/k/a "G,"                     )   Time:   10:00 a.m.
                                        )   Court:  Hon. Laurel Beeler
19       Defendant.                     )
                                        )
20  _____)

21
         The defendant, Grady Lamar Walker, represented by Assistant Federal Public Defender
22
   Jerome Matthews, and the government, represented by Wade M. Rhyne, Assistant United States
23
   Attorney, appeared before United States Magistrate Laurel Beeler on September 3, 2010, for a
24
   status hearing in the above-entitled matter. Defense counsel represented that he had received
25
   discovery, that he was currently reviewing that discovery, that he was investigating the case, and
26
   that he was reviewing and researching the terms of a plea agreement. The parties agreed that
27
   counsel for the Defendant would need additional time to review discovery and to confer the
28

[PROPOSED] ORDER
No. CR-10-00017 PJH

Defendant and that both parties would need more time to prepare the case for disposition. The parties further agreed that the case was likely to resolve pursuant to a negotiated disposition. On that basis, the parties requested that the matter be continued to September 17, 2010. The parties jointly requested that time be excluded under the Speedy Trial Act between September 3, 2010 and September 17, 2010.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 3, 2010 and September 17, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 3, 2010 and September 17, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, IT IS HEREBY ORDERED that the time between September 3, 2010 and September 17, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: September 7, 2010

LAUREL BEELER
United States Magistrate Judge