1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: wade.rhyne@usdoj.gov

8  Attorneys for Plaintiff

9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                  OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,       )   No. CR-10-00017 PJH
14                                 )
         Plaintiff,                )
15                                 )   [PROPOSED] ORDER TO EXCLUDE
      v.                           )   TIME UNDER THE SPEEDY TRIAL ACT
16                                 )   FROM SEPTEMBER 17, 2010 TO
   GRADY LAMAR WALKER,             )   OCTOBER 1, 2010
17     a/k/a "Lamar Walker,"       )
       a/k/a "Grady Walker,"       )   Date:   September 17, 2010
18     a/k/a "G,"                  )   Time:   10:00 a.m.
                                   )   Court:  Hon. Laurel Beeler
19       Defendant.                )
                                   )
20 _____ )

21
        The defendant, Grady Lamar Walker, represented by Assistant Federal Public Defender
22
   Jerome Matthews, and the government, represented by Wade M. Rhyne, Assistant United States
23
   Attorney, appeared before United States Magistrate Laurel Beeler on September 17, 2010, for a
24
   status hearing in the above-entitled matter.  Defense counsel represented that he had received
25
   discovery, that he was currently reviewing that discovery, that he was continuing to investigate
26
   the case, that he was reviewing and researching the terms of a draft plea agreement, and that he
27
   was currently collecting additional discovery that he intends to produce to the government.  The
28

[PROPOSED] ORDER
No. CR-10-00017 PJH

1  parties agreed that counsel for the Defendant would need additional time to review discovery and
2  to produce additional discovery to the government.  The government further agreed that it would
3  need time to review the defense's anticipated discovery production.  On that basis, the parties
4  jointly requested that the matter be continued to October 1, 2010 and that time be excluded under
5  the Speedy Trial Act between September 17, 2010 and October 1, 2010.

6        Based upon the representation of counsel and for good cause shown, the Court finds that
7  failing to exclude the time between September 17, 2010 and October 1, 2010 would
8  unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable
9  time necessary for effective preparation, taking into account the exercise of due diligence.  18
10 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding
11 the time between September 17, 2010 and October 1, 2010 from computation under the Speedy
12 Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
13 § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between September 17,
14 2010 and October 1, 2010 shall be excluded from computation under the Speedy Trial Act.  18
15 U.S.C. § 3161(h)(7)(A) and (B)(iv).

17 DATED: September 22, 2010        _____
                                LAUREL BEELER
18                              United States Magistrate Judge

[PROPOSED] ORDER
No. CR-10-00017 PJH       -2-