MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724)
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>GRADY LAMAR WALKER,<br>   a/k/a "Lamar Walker,"<br>   a/k/a "Grady Walker,"<br>   a/k/a "G,"<br><br>   Defendant. | No. CR-10-00017 PJH<br><br>[~~PROPOSED~~] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM OCTOBER 1, 2010 TO OCTOBER 21, 2010<br><br>Date:   October 1, 2010<br>Time:   10:00 a.m.<br>Court:   Hon. Donna M. Ryu |

The defendant, Grady Lamar Walker, represented by Assistant Federal Public Defender Jerome Matthews, and the government, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Donna M. Ryu on October 1, 2010, for a status hearing in the above-entitled matter. Defense counsel represented that he was currently reviewing that discovery, that he was continuing to investigate the case, that he was reviewing and researching the terms of the plea agreement, and that he was currently collecting additional discovery that he intends to produce to the government. The parties agreed that counsel for the

[~~PROPOSED~~] ORDER
No. CR-10-00017 PJH

1  Defendant would need additional time to review discovery and to produce additional discovery to
2  the government.  The government further agreed that it would need time to review the defense's
3  anticipated discovery production.  On that basis, the parties jointly requested that the matter be
4  continued to October 21, 2010 and that time be excluded under the Speedy Trial Act between
5  October 1, 2010 and October 21, 2010.
6      Based upon the representation of counsel and for good cause shown, the Court finds that
7  failing to exclude the time between October 1, 2010 and October 21, 2010 would unreasonably
8  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
9  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
10 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
11 between October 1, 2010 and October 21, 2010 from computation under the Speedy Trial Act
12 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
13 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between October 1, 2010
14 and October 21, 2010 shall be excluded from computation under the Speedy Trial Act.  18
15 U.S.C. § 3161(h)(7)(A) and (B)(iv).

17 DATED: __10/4/10_____            _____
                                           HON. ~~LAUREL BEELER~~ DONNA M. RYU
18                                         United States Magistrate Judge

[~~PROPOSED~~] ORDER
No. CR-10-00017 PJH                              -2-