1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
3   J. DOUGLAS WILSON (DCBN 412811)
    Acting Criminal Chief
4   WADE M. RHYNE  (CABN 216799)
    Assistant United States Attorney
5
6       1301 Clay Street, Suite 340S
        Oakland, CA 94612
        Telephone: (510) 637-3680
7       Fax: (510) 637-3724
        E-Mail: wade.rhyne@usdoj.gov
8
9   Attorneys for Plaintiff
10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                        OAKLAND DIVISION
13
14  UNITED STATES OF AMERICA,          )   No. CR-10-00017 PJH
                                       )
15              Plaintiff,             )
                                       )
16      v.                             )   [PROPOSED] ORDER TO EXCLUDE
                                       )   TIME UNDER THE SPEEDY TRIAL ACT
17  GRADY LAMAR WALKER,                )   FROM OCTOBER 21, 2010 TO
            a/k/a "Lamar Walker,"      )   NOVEMBER 16, 2010
18          a/k/a "Grady Walker,"      )
            a/k/a "G,"                 )
19                                     )   Date:      October 21, 2010
                                       )   Time:      9:30 a.m.
20              Defendant.             )   Court:     Hon. Laurel Beeler
                                       )
21  _____)

22          The defendant, Grady Lamar Walker, represented by Assistant Federal Public Defender

23  Jerome Matthews, and the government, represented by Wade M. Rhyne, Assistant United States

24  Attorney, appeared before United States Magistrate Laurel Beeler on October 21, 2010, for a

25  status hearing in the above-entitled matter.  Defense counsel represented that he needed

26  additional time to review and research the terms of the plea agreement.  Counsel for government

27  also confirmed that the defense had recently produced additional discovery and that the

28  government was in the process of conducting a review of that material.  The parties agreed that

[PROPOSED] ORDER
No. CR-10-00017 PJH

1    they would need additional time to reach an anticipated pre-trial resolution of the matter.  On

2    that basis, the parties jointly requested that the matter be continued to November 16, 2010 for

3    change of plea, and that time be excluded under the Speedy Trial Act between October 21, 2010

4    and November 16, 2010.

5           Based upon the representation of counsel and for good cause shown, the Court finds that

6    failing to exclude the time between October 21, 2010 and November 16, 2010 would

7    unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable

8    time necessary for effective preparation, taking into account the exercise of due diligence.  18

9    U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding

10   the time between October 21, 2010 and November 16, 2010 from computation under the Speedy

11   Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

12   § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between October 21,

13   2010 and November 16, 2010 shall be excluded from computation under the Speedy Trial Act.

14   18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15

16   DATED: October 22, 2010

17                                                  _____
                                                   LAUREL BEELER
                                                   United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
No. CR-10-00017 PJH          -2-