BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                         )<br>           Plaintiff,                              )<br>                                                         )<br>     v.                                                )<br>                                                         )<br> GRADY WALKER,                           )<br>                                                         )<br>           Defendant.                         )<br>                                                         )<br>_____) | No. CR-10-00017 PJH<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 22, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    December 17, 2010<br>Time:   10:00 a.m.<br>Court:   Hon. Donna Ryu |

     The above-captioned matter is set on December 17, 2010 before Magistrate Judge Donna Ryu for a status hearing. The parties request that this Court continue the hearing to December 22, 2010 at ~~10:00~~ **9:30 a.m.** a.m. before Magistrate Judge Donna Ryu and that the Court exclude time under the Speedy Trial Act between December 17, 2010 and December 22, 2010.

     This is a case involving allegations of crack sales to a confidential informant. The government has provided three batches of discovery in this matter thus far. Defense counsel was out of the office on extended parental leave and recently returned. The parties are discussing a

STIP. REQ. TO CONTINUE HEARING DATE TO DECEMBER 22, 2010 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

possible resolution of the matter. Defense counsel needs additional time to meet with the defendant, and the defendant needs time to consider any proposed resolution. In addition, the defense needs additional time to investigate one matter related to the offense level in this case. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between December 17, 2010 and December 22, 2010 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: December 15, 2010

 /s/ Wade Rhne                                   /s/ Ned Smock
WADE RHYNE                                  NED SMOCK
Assistant United States Attorney         Counsel for Grady Walker
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO DECEMBER 22, 2010 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00017 PJH |
| ) | |
| Plaintiff, ) | ORDER GRANTING STIPULATED |
| ) | REQUEST TO CONTINUE HEARING |
| v. ) | DATE TO DECEMBER 22, 2010 AND TO |
| ) | EXCLUDE TIME UNDER THE SPEEDY |
| GRADY WALKER, ) | TRIAL ACT |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

The parties jointly requested that the hearing in this matter be continued from December 17, 2010 to December 22, 2010, and that time be excluded under the Speedy Trial Act between December 17, 2010 and December 22, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  Defense counsel was out of the office on extended parental leave and recently returned.  The parties are discussing a possible resolution of the matter.  Defense counsel needs additional time to meet with the defendant, and the defendant needs time to consider any proposed resolution.  In addition, the defense needs additional time to investigate one matter related to the offense level in this case.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to December 22, 2010 at ~~10:00~~ **9:30 a.m.** a.m. before Magistrate Judge Donna Ryu, and that time between December 17, 2010 and December 22, 2010 is excluded under the Speedy Trial Act to allow for

STIP. REQ. TO CONTINUE HEARING DATE TO DECEMBER 22, 2010 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

1  the effective preparation of counsel, taking into account the exercise of due diligence, and
2  continuity of defense counsel.
3  DATED:  12/17/2010                    _____
4                                         HON. DONNA RYU
                                          United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO DECEMBER 22, 2010 AND TO EXCLUDE TIME
No. CR-10-0017 PJH