BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0017 PJH |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO JANUARY 4, 2011 |
| v. | ) | AND TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| GRADY WALKER, | ) | |
| | ) | Date:       December 22, 2010 |
| Defendant. | ) | Time:       10:00 a.m. |
| | ) | Court:      Hon. Donna Ryu |
| | ) | |
| _____ | ) | |

The above-captioned matter is set on December 22, 2010 before Magistrate Judge Donna

Ryu for a status hearing.  The parties request that this Court continue the hearing to January 4,

2011 at 10:00 a.m. before Magistrate Judge Donna Ryu and that the Court exclude time under

the Speedy Trial Act between December 22, 2010 and January 4, 2011.

This is a case involving allegations of crack sales to a confidential informant.  The

government has provided three batches of discovery in this matter thus far.  Defense counsel was

out of the office on extended parental leave and recently returned.  The parties are discussing a

possible resolution of the matter and will have a meeting to discuss a possible settlement on

December 22, 2010.  Defense counsel needs additional time to meet with the defendant, and the

defendant needs time to consider any proposed resolution.  In addition, the defense needs

additional time to investigate one matter related to the offense level in this case.  The parties

agree the ends of justice served by granting the continuance outweigh the best interests of the

public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that

the Court exclude time between December 22, 2010 and January 4, 2011 in accordance with the

provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate

preparation of counsel.


DATED: December 17, 2010



 __/s/ Wade Rhne_____                         ___/s/ Ned Smock_____
WADE RHYNE                                          NED SMOCK
Assistant United States Attorney                    Counsel for Grady Walker
Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0017 PJH |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | REQUEST TO CONTINUE HEARING |
| v. | ) | DATE TO JANUARY 4, 2011 AND TO |
| | ) | EXCLUDE TIME UNDER THE SPEEDY |
| GRADY WALKER, | ) | TRIAL ACT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The parties jointly requested that the hearing in this matter be continued from December 22, 2010 to January 4, 2011, and that time be excluded under the Speedy Trial Act between December 22, 2010 and January 4, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Defense counsel was out of the office on extended parental leave and recently returned. The parties are discussing a possible resolution of the matter. Defense counsel needs additional time to meet with the defendant, and the defendant needs time to consider any proposed resolution. In addition, the defense needs additional time to investigate one matter related to the offense level in this case. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to January 4, 2011 at 10:00 a.m. before Magistrate Judge Donna Ryu, and that time between December 22, 2010 and January 4, 2011 is excluded under the Speedy Trial Act to allow for the

effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:  12/20/2010

_____
HON. DONNA RYU
United States Magistrate Judge