1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5
   Counsel for Defendant WALKER
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12

13  UNITED STATES OF AMERICA,        )    No. CR-10-0017 PJH
                                     )
14          Plaintiff,                )    STIPULATED REQUEST TO CONTINUE
                                     )    HEARING DATE TO JANUARY 18, 2011
15      v.                           )    AND TO EXCLUDE TIME UNDER THE
                                     )    SPEEDY TRIAL ACT
16  GRADY WALKER,                    )
                                     )    Date:    January 4, 2011
17          Defendant.                )    Time:    10:00 a.m.
                                     )    Court:   Hon. Donna Ryu
18                                    )
                                     )
19  _____   )

20
        The above-captioned matter is set on January 4, 2011 before Magistrate Judge Donna
21
   Ryu for a status hearing. The parties request that this Court continue the hearing to January 18,
22
   2011 at 10:00 a.m. before Magistrate Judge Laurel Beeler and that the Court exclude time under
23
   the Speedy Trial Act between January 4, 2011 and January 18, 2011.
24
        This is a case involving allegations of crack sales to a confidential informant. The
25
   government has provided three batches of discovery in this matter thus far. The parties are
26
   discussing a possible resolution of the matter and recently met to discuss a possible settlement.
27

28
   STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 18, 2011 AND TO EXCLUDE TIME
   No. CR-10-0017 PJH

1  Defense counsel needs additional time to meet with the defendant, and the defendant needs time
2  to consider any proposed resolution.  In addition, the defense needs additional time to investigate
3  issues relating to the recent passage of the Fair Sentencing Act.  The parties agree the ends of
4  justice served by granting the continuance outweigh the best interests of the public and defendant
5  in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time
6
7  between January 4, 2011 and January 18, 2011 in accordance with the provisions of the Speedy
8  Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.
9
10 DATED: January 3, 2010
11
12
13  /s/ Wade Rhne                                        /s/ Ned Smock
     WADE RHYNE                                         NED SMOCK
14  Assistant United States Attorney              Counsel for Grady Walker
     Counsel for United States
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 18, 2011 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRADY WALKER, )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | No. CR-10-0017 PJH<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 18, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties jointly requested that the hearing in this matter be continued from January 4, 2011 to January 18, 2011, and that time be excluded under the Speedy Trial Act between January 4, 2011 and January 18, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The parties are discussing a possible resolution of the matter. Defense counsel needs additional time to meet with the defendant, and the defendant needs time to consider any proposed resolution. In addition, the defense needs additional time to research issues related to the recent passage of the Fair Sentencing Act. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to January 18, 2011 at 10:00 a.m. before Magistrate Judge Laurel Beeler, and that time between January 4, 2011 and January 18, 2011 is excluded under the Speedy Trial Act to allow for the

1  effective preparation of counsel, taking into account the exercise of due diligence, and continuity
2  of defense counsel.

3  DATED:  1/3/2011

4  _____
   HON. DONNA RYU
   United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 18, 2011 AND TO EXCLUDE TIME
No. CR-10-0017 PJH