| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | NED SMOCK |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |

Counsel for Defendant WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0017 PJH |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO FEBRUARY 3, 2011 |
| v. | ) | AND TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| GRADY WALKER, | ) | |
| | ) | Date:   January 18, 2011 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Court:  Hon. Laurel Beeler |
| | ) | |

The above-captioned matter is set on January 18, 2011 before Magistrate Judge Laurel Beeler for a status hearing. The parties request that this Court continue the hearing to February 3, 2011 at 10:00 a.m. before Magistrate Judge Laurel Beeler and that the Court exclude time under the Speedy Trial Act between January 18, 2011 and February 3, 2011.

This is a case involving allegations of crack sales to a confidential informant. The government has provided three batches of discovery in this matter thus far. The parties are having ongoing discussions about a possible resolution of the matter. Defense counsel needs

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 3, 2011 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

additional time to meet with the defendant, and the defendant needs time to consider any proposed resolution. The parties are discussing the possibility of reweighing the narcotics in this case and exploring the logistics of doing so. In addition, the defense needs additional time to investigate issues relating to the recent passage of the Fair Sentencing Act. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between January 18, 2011 and February 3, 2011 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: January 14, 2010


  /s/ Wade Rhne                                          /s/ Ned Smock
WADE RHYNE                                         NED SMOCK
Assistant United States Attorney                   Counsel for Grady Walker
Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GRADY WALKER,<br><br>  Defendant. | No. CR-10-0017 PJH<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 3, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties jointly requested that the hearing in this matter be continued from January 18, 2011 to February 3, 2011, and that time be excluded under the Speedy Trial Act between January 18, 2011 and February 3, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The parties are having ongoing discussions about a possible resolution of the matter.  Defense counsel needs additional time to meet with the defendant, and the defendant needs time to consider any proposed resolution.  The parties are discussing the possibility of reweighing the narcotics in this case and exploring the logistics of doing so.  In addition, the defense needs additional time to investigate issues relating to the recent passage of the Fair Sentencing Act.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to February 3, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler, and that time between January 18, 2011 and February 3, 2011 is excluded under the Speedy Trial Act to allow for the

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 3, 2011 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

1 | effective preparation of counsel, taking into account the exercise of due diligence, and continuity
2 | of defense counsel.

3 | DATED: January 18, 2011

_____
HON. LAUREL BEELER
United States Magistrate Judge