BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0017 PJH |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO FEBRUARY 11, |
| v. ) | 2011 AND TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| GRADY WALKER, ) | |
| ) | Date:   February 3, 2011 |
| Defendant. ) | Time:   10:00 a.m. |
| ) | Court:  Hon. Laurel Beeler |
| ) | |
| _____ ) | |

     The above-captioned matter is set on February 3, 2011 before Magistrate Judge Laurel Beeler for a status hearing. The parties request that this Court continue the hearing to February 11, 2011 at 10:00 a.m. before Magistrate Judge Laurel Beeler and that the Court exclude time under the Speedy Trial Act between February 3, 2011 and February 11, 2011.

     This is a case involving allegations of crack sales to a confidential informant. The government has provided three batches of discovery in this matter thus far. The parties are having ongoing discussions about a possible resolution of the matter. In addition, the parties

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 11, 2011 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

have now agreed to reweigh the narcotics in this case and are making arrangements to do so. Defense counsel needs additional time to make these arrangements and to meet with the defendant. Assuming that a disposition is reached, the change of plea need not await the results of the reweighing. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between February 3, 2011 and February 11, 2011 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: February 1, 2011


 /s/ Wade Rhyne                                              /s/ Ned Smock
WADE RHYNE                                                NED SMOCK
Assistant United States Attorney                   Counsel for Grady Walker
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 11, 2011 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0017 PJH |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 11, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| GRADY WALKER, | ) | |
| Defendant. | ) | |

The parties jointly requested that the hearing in this matter be continued from February 3, 2011 to February 11, 2011, and that time be excluded under the Speedy Trial Act between February 3, 2011 and February 11, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The parties have agreed to reweigh the narcotics in this case and are making arrangements to do so.  Defense counsel needs additional time to make these arrangements and to meet with the defendant.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

//

//

//

//

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 11, 2011 AND TO EXCLUDE TIME
No. CR-10-0017 PJH

1  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued to
2  February 11, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler, and that time between
3  February 3, 2011 and February 11, 2011 is excluded under the Speedy Trial Act to allow for the
4  effective preparation of counsel, taking into account the exercise of due diligence, and continuity
5  of defense counsel.

DATED: February 1, 2011

_____
LAUREL BEELER
United States Magistrate Judge